IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>ERICK KEVIN GREENWOOD,<br><br>           Defendant. | Case No. 3:16-cr-00384-MO<br><br>**ORDER GRANTING MOTION TO REDUCE SENTENCE** |

MOSMAN, District Judge:

  This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served effective July 15, 2020, followed by a term of three years' supervised release. The Court concludes that the defendant does not pose a danger to any other person or the community. The U.S. Probation Office has approved a release plan for Mr. Greenwood. The Court adds the following conditions of supervised release: (1) self-quarantine at the approved residence for a period of 14 days; and (2) home confinement until April 10, 2021. This sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements.

  The Court therefore GRANTS the Joint Motion to Reduce Sentence.

**PAGE 1 – ORDER GRANTING MOTION TO REDUCE SENTENCE**

IT IS HEREBY ORDERED that Defendant shall be released on Wednesday, July 15, 2020, for travel to his approved release residence in Oregon. Upon his arrival at the residence, the defendant shall be required to adhere to a 14-day quarantine period at the residence, subject to location monitoring at the discretion of the U.S. Probation Office, unless U.S Probation authorizes interruption of the quarantine for urgent reasons.

IT IS FURTHER ORDERED that the conditions of supervision shall be modified to require home confinement up to April 10, 2021. An amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision.

Dated this  14th  day of July, 2020.

*Michael W. Mosman*
Hon. Michael W. Mosman
United States District Court Judge

**PAGE 2 – ORDER GRANTING MOTION TO REDUCE SENTENCE**